UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

CORNELIUS WILLIAMS,

Defendant.

12-CR-944 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court is in receipt of the letter filed on May 7, 2026, by attorney Michael J. Gilbert in related criminal case 25-CR-88 (DEH), informing the Court that Defendant Cornelius Williams would like to proceed with Mr. Gilbert as his attorney in this matter.

IT IS HEREBY ORDERED that Michael J. Gilbert be appointed as CJA counsel in this matter.  Mr. Gilbert is directed to file an appearance on the docket by Wednesday, May 20, 2026.

IT IS FURTHER ORDERED that Federal Defender Kristoff Isiah Williams be terminated as the attorney of record in this matter.

SO ORDERED.

Dated: May 19, 2026
      New York, New York

_____
DALE E. HO
United States District Judge

1