**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

**MEMO ENDORSED**

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 20, 2026

**BY CM/ECF AND EMAIL**

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application **GRANTED**. The parties shall adhere to the briefing schedule proposed herein. The Clerk of Court is respectfully directed to close ECF No. 27. **SO ORDERED.**

Dated: May 20, 2026            Dale E. Ho
New York, New York             United States District Judge

Re:     *United States v. Cornelius Williams*, 12 Cr. 944 (DEH)

Dear Judge Ho:

    The Government respectfully requests, with defense counsel's consent, a three-week adjournment of the habeas briefing schedule, which was ordered in the above-captioned matter on May 4, 2026. (Dkt. 25). The undersigned counsel for the Government has a one-week trial in another matter scheduled to begin on June 15, 2026. The Government requests additional time to consider the Government's position on the motion and draft its response. Accordingly, the Government respectfully proposes that (i) the defendant file an amended habeas petition by June 12, 2026; (ii) the Government file its response by June 26, 2026; and (iii) that the defendant file any reply by July 10, 2026.

                    Respectfully submitted,

                    JAY CLAYTON
                    United States Attorney

                By: /s/ *Dana R. McCann*
                    Dana R. McCann
                    Assistant United States Attorney
                    Tel.: (212) 637-2308

cc: Counsel for Defendant Cornelius Williams (by ECF and email)