UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

v.

Cornelius Williams,

Petitioner-
Defendant.

12-CR-944 (DEH)

ORDER

DALE E. HO, United States District Judge:

On June 23, 2016, Petitioner-Defendant Cornelius Williams filed a habeas petition under 28 U.S.C. § 2255 moving the Court to vacate his 2013 conviction for violating 18 U.S.C. §§ 924(c), arguing that the conviction and sentence were unconstitutional in light of *Johnson v. United States*, 576 U.S. 591 (2015). ECF No. 11. For various reasons, detailed in a prior opinion of the Court, the habeas petition was never considered on the merits. *United States v. Williams*, 12 Crim. 944, 2026 WL 1179441 (S.D.N.Y. April 30, 2026). On June 12, 2026, Mr. Williams moved the Court to grant his 2016 habeas petition on the additional ground that his 2013 conviction was rendered unconstitutional pursuant to *United States v. Davis*, 588 U.S. 445 (2019) and *United States v. Barrett*, 937 F.3d 126 (2d Cir. 2019). ECF No. 31. The Government does not oppose this request. ECF No. 32.

The Court finds that Mr. Williams' 2013 conviction is unconstitutional under *Davis* and *Barrett*. *See also Hall v. United States*, 58 F.4th 55, 62 (2d Cir. 2023) ("Because courts must give retroactive effect to new substantive rules of constitutional law, such as the one that the Supreme Court announced in *Davis*, we conclude that *Davis* applies retroactively to petitioners who . . . seek collateral review of their convictions") (cleaned up). Accordingly, Mr. Williams' 2016 habeas petition, ECF No. 11, is **GRANTED**, and his conviction is **VACATED**. Any remaining time Mr.

Williams has remaining on his sentence, whether it be a sentence of incarceration or otherwise, is similarly **VACATED**.  The Clerk of Court is respectfully directed to close ECF No. 31.

SO ORDERED.

Dated: June 26, 2026
New York, New York

_____
DALE E. HO
United States District Judge